```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM MOSES,

           Plaintiff,

   - against -

WARDEN SHAW, et al.,

           Defendants.

ORDER

07 Civ. 5818 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following correspondence by the Parties with the Court,

    **IT IS HEREBY ORDERED THAT** the Parties appear for a telephonic conference with the Court on **August 25, 2008, at 2:30 p.m.**

**SO ORDERED** this 20th day of August 2008
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge