USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WILLIAM MOSES, # 07A6463,                    :
                                             :
                        Plaintiff,           :
                                             :       **ORDER**
            - against -                      :
                                             :       07 Civ. 5818 (LAK) (RLE)
WARDEN SHAW, et al.,                         :
                                             :
                        Defendants.          :

**RONALD L. ELLIS, United States Magistrate Judge:**

PLEASE TAKE NOTICE THAT A TELEPHONIC GENERAL PRETRIAL
CONFERENCE IN THE ABOVE CAPTIONED ACTION HAS BEEN SCHEDULED FOR SEPTEMBER 5,
2008, AT 10:00 A.M., BEFORE THE HONORABLE RONALD L. ELLIS, UNITED STATES
MAGISTRATE JUDGE.

The scheduling of this telephone conference will enable the inmate to discuss the status of

the pending action. On the morning of the conference, a telephone call will be place to the Correctional Facility from

Benjamin R. Stockman, Assistant Corporation Counsel, then transferred to the chambers of Judge Ronald L. Ellis,

500 Pearl Street, Suite 1970, at 212-805-0242. Once the inmate is made available by telephone at your facility

(usually at a counselor's office), the conference will be held. We will contact your facility should there, be a delay in

the conference date or time. Upon receipt of this request, if you need further information, direct inquiries to Michael

Brantley, 212-805-0242.

SO ORDERED this 25th day of August, 2008
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge