```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM MOSES,

                **Plaintiff,**

- against -

WARDEN SHAW, et al.,

                **Defendants.**

**ORDER**

07 Civ. 5818 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference with the Parties before the Court,

**IT IS HEREBY ORDERED THAT**

(1) Moses complete all of Defendants' interrogatories and document requests by **September 6, 2008**; and

(2) the discovery deadline be extended to **October 15, 2008**.

**SO ORDERED this 25th day of August 2008**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge